**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIRAM YANIKIAN; LIANNA YANIKIAN,<br><br>        Plaintiffs,<br><br>vs.<br><br>ALLSTATE INSURANCE COMPANY, DOES 1 THROUGH 100, INCLUSIVE,<br><br>        Defendants. | Docket No. 2:16-cv-03030-BRO-PJW<br><br>Assigned to the<br>Hon. Beverly Reid O'Connell<br>Courtroom 7C<br><br>**JUDGMENT ON JURY VERDICT IN FAVOR OF DEFENDANT ALLSTATE INSURANCE COMPANY AGAINST PLAINTIFFS**<br><br>Trial Date: June 9, 2017 |

/ / /

/ / /

/ / /

This action came on regularly for jury trial on June 9, 2017, in Courtroom 7C of the United States District Court, Central District of California, in the First Street Federal Building located at 350 W 1st St, Los Angeles, California, the Honorable Beverly Reid O'Connell, Judge presiding; the Plaintiffs, Miram and Lianna Yanikian ("Plaintiffs") appearing by Sassoon Sales, and the Defendant, Allstate Insurance Company ("Allstate") appearing by attorneys Gregory Michael MacGregor and Joshua N. Willis of MacGregor & Berthel.

A jury of eight (8) persons was regularly impaneled and sworn. Witnesses were sworn and testified. After the jury heard the evidence, testimony from witnesses and the arguments from counsel, the jury was duly instructed by the Court and the cause was submitted to the jury. The jury deliberated and thereafter returned to the Court with its verdict in favor of Defendant Allstate against Plaintiffs. It appearing by reason of said verdict that defendant Allstate is entitled to judgment against Plaintiffs,

**NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED** that judgment be entered in favor of Defendant, **ALLSTATE INSURANCE COMPANY,** and against Plaintiffs **MIRAM AND LIANNA YANIKIAN**, and that Plaintiffs shall take nothing from Allstate, and Allstate shall recover from Plaintiffs all applicable costs, to be determined hereafter.

**JUDGMENT IS ENTERED FORTHWITH.**

DATED: June 22, 2017

**Hon. Beverly Reid O'Connell**
United States District Court Judge
Central District of California